**Entered on Docket
October 16, 2009**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

_____

JORGE L. SANCHEZ, ESQ,
Nevada Bar No. 10434
SANCHEZ LAW GROUP, LTD.
930 South Fourth Street, Suite 211
Las Vegas, Nevada 89101
Phone (702) 635-8529
jsanchez@sanchezlawgroup.net
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) CHAPTER 13 |
| | ) |
| **ABEL ROJAS** | ) CASE NO: 09-25324 BAM |
| | ) |
| Debtor. | ) ORDER CONVERTING CASE UNDER |
| | ) CHAPTER 7 TO CHAPTER 13 |
| | ) |
| | ) DATE:  October 6, 2009 |
| | ) TIME:  2:30 P.m. |
| | ) PLACE: 300 Las Vegas Blvd. South, |
| | )        Las Vegas, NV 89101 |
| | ) |
| _____ | ) |

    The Debtors filed a motion, in accordance with 11 U.S.C. § 706(A), seeking to convert this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy Code.  The court has considered the record, and finds that the case has not previously converted under 11 U.S.C. § 1112, § 1208 or § 1307.

//

IT IS ORDERED THAT:

1.      This Chapter 7 case is converted to a case under Chapter 13.

2.      The Chapter 7 Trustee, within 30 days of the date of this Order, shall file and transmit to United States Trustee:

      a.      an account of all receipts and disbursements made in the Chapter 7 case, and

      b.      a report on the administration of the case pursuant to 11 U.S.C. § 704(9).

3.      The Trustee forthwith shall turnover to the Debtors all records and property of the estate remaining in the Trustee's custody and control.

4.      The Trustee or any other party entitled to compensation may within 30 days of the date of this Order file an Application for Compensation and Reimbursement of Expenses.

5.      The Debtors within 15 days of the date this Order shall file the statements and schedules required by Federal Rule Bankruptcy Procedure 1007(b), if such documents have not already been filed.

6.      The Debtors within 15 days from the date of this Order shall file a Chapter 13 Plan.

7.      Other provisions (as needed):

DATED: October 8, 2009

                                                Respectfully Submitted:

                                                /s/Jorge L. Sanchez, Esq. /s/
Jorge L. Sanchez, Esq.
Nevada Bar No. 10434
SANCHEZ LAW GROUP, LTD.
930 South Fourth Street, Suite 211
Las Vegas, Nevada 89101
Phone (702) 635-8529
jsanchez@sanchezlawgroup.net
Attorneys for Debtors

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, undersigned certifies:

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

_____ Approved Debtor(s) Attorney/Trustee

_____ Disapproved Debtor(s) Attorney/Trustee

_X___ Failed To Respond Trustee

###